UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONADO UNIFIED SCHOOL DISTRICT,<br><br>                              Plaintiff,<br><br>v.<br><br>VEOLIA WATER WEST OPERATING SERVICES, INC., et al.<br><br>                              Defendants. | Case No.: 25-cv-1513-JES-VET<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE HEARING DATE**<br><br>**[ECF No. 19, 21]** |

Before the Court is the Parties' joint motion to consolidate the hearing date on Plaintiffs' motion to remand. ECF Nos. 19, 21. Defendants removed this case on June 12, 2025 (ECF No. 1), and Plaintiff filed a motion to remand on June 30, 2025. ECF No. 18. A hearing is currently set for the motion to remand for August 13, 2025. Several other plaintiffs previously filed a similar lawsuit against the same Defendants in state court. That case was similarly removed by Defendants on May 15, 2025, and the plaintiffs similarly filed a motion to remand on June 16, 2025. *See Havens et. al. v. Veolia Water West Operating Services, Inc., et al.*, Case No. 25-cv-1259-JES-VET, ECF Nos. 1, 19. A hearing on the *Havens* motion to remand is set for July 23, 2025. The parties now jointly move for the Court to consolidate the hearing on both pending motions for remand for August 13, 2025, because the motions raise similar legal issues. ECF No. 21 at 3.

1
2
3   Good cause appearing, the Court **GRANTS** the joint motion. The hearing currently
4   set for **August 13, 2025** at **11:00 a.m.** will remain on calendar but will be consolidated
5   with the motion to remand hearing for the *Havens* motion.
6   **IT IS SO ORDERED.**
7   Dated: July 9, 2025
8
9   Honorable James E. Simmons Jr.
    United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28