UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONADO UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>VEOLIA WATER WEST OPERATING SERVICES, INC., et al.<br><br>Defendants. | Case No.: 25-cv-1513-JES-VET<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE AND EXTEND BRIEFING SCHEDULE**<br><br>**[ECF No. 42]** |

Pending before the Court are the four related cases: (1) *Partlow et al. v. Veolia Water West Operating Services, Inc. et al.*, Case No. 24-cv-2162 ("*Partlow* Action"); (2) *Havens et al. v. Veolia Water West Operating Services, Inc.*, Case No. 25-cv-1259-JES-VET ("*Havens* Action"); (3) *Coronado Unified School District v. Veolia Water West Operating Services, Inc.*, Case No. 25-cv-1513-JES-VET ("*Coronado* Action"); and (4) *Cruz et al. v. Veolia Water West Operating Services, Inc. et al.*, Case No. 26-cv-2510-JES-VET ("*Cruz* Action"). In each of these cases, Plaintiffs filed an amended complaint on May 13, 2026. *Partlow* Action*, ECF No. 60; *Havens* Action, ECF No. 35; *Coronado* Action, ECF No. 39; *Cruz* Action, ECF No. 15.

In each of these case, the parties have filed a joint motion to consolidate and extend the briefing schedule for Defendants to file a motion to dismiss. ECF No. 42. The parties

seek to file a single opening brief in each of these actions, as well as a single omnibus opposition brief and single omnibus reply brief. *Id.* The parties additionally request that the Court set an extended briefing schedule for the motion. *Id.*

Good cause appearing, the Court **GRANTS** the motion. The parties shall be permitted to consolidate the opening, opposition, and reply briefs on Defendants' motion to dismiss. In addition, the briefing schedule is **SET** as follows:

1)    The single omnibus motion to dismiss shall be filed by **June 17, 2026**;

2)    The single omnibus opposition brief shall be filed by **July 17, 2026**; and

3)    The single omnibus reply brief shall be filed by **August 7, 2026**.

**IT IS SO ORDERED.**

Dated: May 26, 2026

Honorable James E. Simmons Jr.
United States District Judge