**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

VON BARON PARTLOW, et al.,

Plaintiffs,

v.

VEOLIA WATER WEST OPERATING SERVICES, INC., et al.,

Defendants.

Case No. 3:24-cv-02162-JES-VET

**ORDER GRANTING JOINT MOTION RE JOINDER OF ADDITIONAL PLAINTIFFS TO PENDING RELATED ACTIONS**

RACHEL HAVENS, et al.,

Plaintiffs,

v.

VEOLIA WATER WEST OPERATING SERVICES, INC., et al.,

Defendants.

Case No. 3:25-cv-01259-JES-VET

[ECF No. 47]

CORONADO UNIFIED SCHOOL DISTRICT, a government entity,

Plaintiff,

v.

VEOLIA WATER WEST OPERATING SERVICES, INC., et al.,

Defendants.

Case No. 3:25-cv-01513-JES-VET

| | |
|---|---|
| MONICA CRUZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VEOLIA WATER WEST OPERATING SERVICES, INC., et al.,<br><br>Defendants. | Case No. 3:26-cv-02510-JES-VET |

Before the Court is the Joint Motion re Joinder of Additional Plaintiffs to Pending Related Actions (the "Joint Motion") filed by Plaintiffs in each of the above-captioned actions and Defendants Veolia Water West Operating Services, Inc., Veolia Water North America-West, LLC, Mark Wippler, Jacob Schmidt, and Randy Freund (collectively, the "Parties") in the following related actions (collectively, the "Related Actions"): (i) *Partlow, et al. v. Veolia Water West Operating Services, Inc., et al.*, Case No. 3:24-cv-02162-JES-VET; (ii) *Havens, et al. v. Veolia Water West Operating Services, Inc., et al.*, Case No. 3:25-cv-01259-JES-VET; (iii) *Coronado Unified School District v. Veolia Water West Operating Services, Inc., et al.*, Case No. 3:25-cv-01513-JES-VET; and (iv) *Cruz, et al. v. Veolia Water West Operating Services, Inc., et al.*, Case No. 3:26-cv-02510-JES-VET.

Having considered the Joint Motion, and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** as follows:

1. Plaintiffs in a Related Action may join additional individuals or entities as plaintiffs to the operative complaint in that action by filing in that action a Notice of Joinder and Adoption of Complaint, substantially in the form attached to the Joint Motion as Exhibit A (a "Notice"). Each Notice shall identify the Related Action being joined and each newly joined plaintiff.

2. Each Notice shall be filed and served no later than 120 days before the close of fact discovery. Joinder after the applicable deadline requires leave of Court, including a

showing of good cause under Rule 16(b)(4), where applicable, and consideration of prejudice to Defendants and the time required for plaintiff-specific discovery, expert disclosures, dispositive motions, and trial preparation. Plaintiffs reserve the right to file and serve additional complaints naming new plaintiffs and/or defendants, as well as setting forth any new allegations, claims, causes of action, theories of liability, requested relief, and/or demand for jury trial at any time as procedurally available.

3. By filing a Notice, each newly joined plaintiff adopts, joins, and incorporates by reference the allegations, claims, causes of action, requested relief, and demand for jury trial set forth in the operative complaint in the Related Action being joined, and each newly joined plaintiff may pursue all such allegations, claims, causes of action, requested relief, and demand for jury trial. Adoption is limited to existing claims and allegations; no new cause of action, defendant, or materially different theory of liability may be added by Notice. Defendants may challenge the sufficiency and applicability of the adopted allegations and claims. Plaintiffs reserve the right to amend any operative complaint in the Related Action at any time as procedurally available, and any amendments thereto shall be adopted, joined, and incorporated by reference to joined Plaintiffs, and any joined Plaintiffs may pursue all such amended allegations, claims, causes of action, requested relief, and demand for jury trial.

4. Defendants reserve the right to oppose, object to, or move to dismiss any new complaint or amended complaint filed by Plaintiffs, including the automatic adoption of any amendments by newly joined Plaintiffs

5. Each newly joined plaintiff's claims, causes of action, requested relief, and demand for jury trial shall be deemed filed as of the date the Notice is filed with the Court, and shall not relate back to the filing date of the operative complaint in the Related Action being joined.

6. Each newly joined plaintiff shall be subject to all answers, denials, and defenses that Defendants have asserted or will assert against the operative complaint in the

Related Action being joined, as well as any new or additional defenses that Defendants timely raise as to that newly joined plaintiff.

7. Defendants shall have thirty (30) days after the filing of a Notice to answer or otherwise respond to the claims of the newly joined plaintiffs, including by motion where procedurally available. Existing answers, denials, and defenses shall apply to each newly joined plaintiff without refiling. Defendants may assert additional, plaintiff-specific responses, denials, defenses, or objections in a timely response..

8. All newly joined plaintiffs shall be subject to all existing case management and scheduling orders entered in the Related Action being joined. Joinder shall not automatically extend or reopen any deadline. Any request to modify deadlines must be approved by the Court and must address the time reasonably necessary for plaintiff-specific fact discovery, expert discovery and disclosures, dispositive motions, and trial preparation. Defendants retain the right to seek appropriate scheduling relief where delayed or incomplete plaintiff disclosures or other circumstances prevent timely completion of plaintiff-specific discovery.

9. Before filing a Notice, Plaintiffs' counsel shall take reasonable measures to confirm that each proposed newly joined plaintiff is not already a named plaintiff in any of the Related Actions.

10. This Order shall be filed in, and shall apply in, each of the Related Actions.

**IT IS SO ORDERED.**

Dated: October 26, 2026



Honorable James E. Simmons Jr.
United States District Judge